IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IONA CHANEY,<br><br>    Plaintiff,<br><br>v.<br><br>MASONITE CORPORATION,<br><br>    Defendant. | Case No.3:20-cv-00398-DRL-MGG |

## JOINT STIPULATION OF DISMISSAL

Plaintiff Iona Chaney and Masonite Corporation, parties to this action, hereby stipulate to the dismissal of all claims in this cause of action in its entirety, with prejudice, the parties to bear their own costs, including attorneys' fees.

Respectfully submitted,

*/s/ Christopher S. Wolcott (w/permission)*
Christopher S. Wolcott
The Wolcott Law Firm, LLC
450 E. 9th St., Suite 500
Indianapolis, IN 46240
Email: Indy2buck@hotmail.com


*Attorney for Plaintiff
Iona Chaney*

/ s / *Bianca V. Black*
Emily L. Connor
Bianca V. Black
Littler Mendelson, P.C.
A Professional Corporation
111 Monument Circle, Suite 702
Indianapolis, IN  46204
E-mail: econnor@littler.com
          bblack@littler.com

*Attorneys for Defendant Masonite Corporation*

4847-1067-7480.1 / 073171-1026